

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00389-CR

**EX PARTE** Jefferson Rafael Fernandez **MARTINEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10379-CR
Honorable Roland Andrade, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: August 3, 2022

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We grant appellant's motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH